**1**

**Rex CAMPBELL, Plaintiff in Error, v. UNITED STATES.**

(Circuit Court of Appeals, Eighth Circuit. December 7, 1925.)

No. 7263.

In Error to the District Court of the United States for the Western District of Oklahoma.

Morris & Tant, of Oklahoma City, Okl., for plaintiff in error.

Leslie E. Salter, Asst. U. S. Atty., of Tulsa, Okl.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.

---

**2**

**John A. CAMPBELL, Plaintiff in Error, v. UNITED STATES.**

(Circuit Court of Appeals, Eighth Circuit. January 14, 1926.)

No. 7081.

In Error to the District Court of the United States for the Western District of Oklahoma.

J. Earl Smith, of Ponca City, Okl., for plaintiff in error.

W. A. Maurer, U. S. Atty., of Oklahoma City, Okl.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error.

---

**3**

**Juani CAPASOTTI, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Second Circuit. April 15, 1926.)

No. 285.

In Error to the District Court of the United States for the Southern District of New York.

Abraham Solomon, of New York City (Saul Gordon, of New York City, on the brief), for plaintiff in error.

Ben Herzberg, of New York City, for the United States.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.

---

**4**

**Ed. L. CARTHEN, Plaintiff In Error, v. UNITED STATES.**

(Circuit Court of Appeals, Eighth Circuit. January 28, 1926.)

No. 7321.

In Error to the District Court of the United States for the Northern District of Oklahoma.

H. T. Church, of Tulsa, Okl., for plaintiff in error.

John M. Goldesberry, U. S. Atty., of Tulsa, Okl.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.

---

**5**

**Peter CARTON, Judson L. Transue, Paul G. Dain, and Christopher Ghitsas, v. FLINT COMMONWEALTH CORPORATION, Alphonse R. Du Boise, and Frank Millard, Trustee for the Flint Commonwealth Corporation.**

(Circuit Court of Appeals, Sixth Circuit. March 9, 1926.)

No. 4619.

Appeal from the District Court of the United States for the Eastern District of Michigan; Charles C. Simons, Judge.

Farley & Selby and Carton & Stewart, all of Flint, Mich., for appellants.

Charles Bowles, of Detroit, Mich., for appellees.

PER CURIAM. Dismissed, pursuant to a stipulation by counsel.